**Timothy O. WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76944.**

Missouri Court of Appeals,
Western District.

July 29, 2014.

Timothy O. White, Moberly, MO, Appellant, pro se.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division One: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

Order

PER CURIAM:

Timothy O. White appeals the denial of his "Request to Re–Open Rule 29.15 Motion Due to Abandonment by Post–Conviction Counsel's [sic]." Because White failed to allege any valid claims of abandonment, however, we affirm the denial. Rule 84.16(b).